**STATE of Missouri, Respondent,**

v.

**Norman W. CURRY, Appellant.**

**No. KCD 27838.**

Missouri Court of Appeals, Kansas City District.

Feb. 9, 1976.

Simon, Simon & Katz, Kansas City, for appellant.

John C. Danforth, Atty. Gen., Preston Dean, Asst. Atty. Gen., Jefferson City, for respondent.

Before DIXON, P. J., PRITCHARD, C. J., and WASSERSTROM, J.

PER CURIAM:

Appellant's single point is, "The court erred in failing to sustain defendant's challenge for cause of the venireman Hale." This utterly fails to comply with Rule 84.-04(d) [made applicable to criminal cases by Rule 28.18] in that there is no statement as to wherein and why the ruling of the court is claimed to be erroneous. Counsel should note the relevant remarks of Simeone, J., in *L. L. v. V. F. L.* and *M. D. S., Inc.,* [Missouri Court of Appeals, St. Louis District, No. 37,061, decided January 20, 1976], relating to dismissal for improper briefing.

The appeal is dismissed.